THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT E. DINEEN, Superintendent of Insurance of the State of New York, as Liquidator of the Lawyers Westchester Mortgage and Title Company, Appellant, against CORNELIUS T. HALPIN, as Assessor of the Town of Harrison, et al., Respondents.— Appeal from an order in a consolidated certiorari proceeding, fixing the value of certain properties in the town of Harrison, County of Westchester. Order unanimously affirmed, with $50 costs and disbursements. No opinion. Appeal from an order denying retaxation of costs in said proceeding. Order unanimously affirmed, without costs. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

MICHAEL VECCHIOLLA et al., Appellants, v. LOUIS TUTERA, Respondent.— In an action for an accounting, order vacating an order which adjudged the defendant in contempt for failure to comply with the interlocutory decree herein, affirmed, without costs. Under the directions in the interlocutory decree the account should be filed with the official referee; and its sufficiency should be determined by him. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

In the Matter of ALBERT J. MARINO, Respondent, against WILLIAM A. CLARK et al., Appellants, and BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent.— Order reversed on the law, without costs, and the petitions held valid. It being conceded that there was no fraud and that the signatures were affixed upon the dates stated in the designating petitions, we find the petitions valid. Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.

## (March 30, 1948.)

In the Matter of SAMUEL R. SCIALABBA, Appellant-Respondent, Suing in Behalf of Himself and in Behalf of GLADYS R. AXELROD, Similarly Situated, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, Respondents, and PETER DEUTSCH, Respondent-Appellant.— On argument, order, insofar as appealed from, affirmed, without costs. Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.